UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN MISKA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 13-1735 CKK |
| | ) |
| PAMELA TALKIN, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR A STAY**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and U.S. Dist. Ct. Rules D.C., LCvR 7.1, defendants hereby move for a stay of this case pending a final judicial decision in Hodge v. Talkin, Civil Action No. 12-00104 (BAH) (docketed as Appeal No. 13-5250). Both Hodge and instant case present First Amendment challenges to restrictions on the "demonstrations" that may take place on the Supreme Court plaza. While the cases involve separate legal provisions, the D.C. Circuit's opinion in Hodge is highly likely to inform the Court's analysis in this case. Consequently, it would serve the interests of judicial efficiency and economy to stay the proceedings in this case until issuance of a final judicial decision in Hodge, including Supreme Court review, if any. In accordance with the attached proposed order, the parties will file a status report regarding this case within thirty days of the final judicial decision in Hodge, including Supreme Court review, if any. The parties in Hodge have filed opening and responsive briefs before the D.C. Circuit, and the reply brief of defendants-appellants is due on February 13, 2014.

If the Court denies this motion, defendants hereby also move for a forty-five day extension of time after the date of such denial within which to file their response to the complaint.

For the foregoing reasons, defendants' motion for a stay should be granted. Plaintiffs' counsel has informed defendants' counsel that plaintiffs do not oppose this motion for a stay or alternatively for a forty-five day extension of time within which to file their response to the complaint.

Dated: Jan. 27, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD MACHEN
United States Attorney

**/s/ Lisa A. Olson**
JOHN R. GRIFFITHS
LISA A. OLSON
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov
Counsel for Defendants