UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN MISKA, et al., )<br>   )<br>   Plaintiffs, )<br>   )<br>v. ) | Civil Action No. 13-1735 CKK |
| )<br>PAMELA TALKIN, et al., )<br>   )<br>   Defendants. ) | |

**ORDER**

The Court having considered defendants' unopposed motion for a stay pending a final judicial decision in <u>Hodge v. Talkin</u>, Civil Action No. 12-00104 (BAH) (docketed as Appeal No. 13-5250), good cause having been shown, and there being no opposition thereto, it is hereby

ORDERED, that defendants' motion is GRANTED; and it is further

ORDERED, that this case is hereby stayed pending further order of the Court; and it is further

ORDERED, that the parties shall file a status report regarding further proceedings no later than thirty days after the final judicial decision in <u>Hodge</u>, including Supreme Court review, if any.

SO ORDERED:

_Jan. 28, 2014_  
Date

_Colleen Kollar-Kotelly_  
COLLEEN KOLLAR-KOTELLY  
United States District Judge

