**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN M. PAYDEN-TRAVERS, *et al.*,<br>Plaintiffs<br>v.<br>PAMELA TALKIN, *et al.*,<br>Defendants | Civil Action No. 13-1735 (CKK) |

**ORDER**
(May 31, 2017)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 31st day of May, 2017, hereby

**ORDERED** that Defendants' [15] Motion to Dismiss is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

***This is a final, appealable order.***

Dated: May 31, 2017

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge